Todd *v.* The State (two cases).

Wyatt, J. These cases are controlled by *Todd* v. *State,* ante.

*Judgments reversed. All the Justices concur.*